UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION - FLINT

IN RE:
GENEVIEVE ALEXANDER,　　　　　　　　　　　Case No. 11-33228
d/b/a Old Time Acres,　　　　　　　　　　　　Chapter 12 Proceeding
　　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman
　　　　Debtor.
_____/

## ORDER ALLOWING SALE OF REAL PROPERTY AS DESCRIBED IN THE STIPULATION ALLOWING SALE OF REAL PROPERTY

The Debtor, the Chapter 12 Trustee and American Home Mortgage consented to the sale of property described as follows:

> Town 13 North, Range 16 east, Section 30, The East Half of the Southwest Quarter.
>
> And
>
> Town 13 North, Range 16 East, Section 30, The Northwest Quarter of the Southeast Quarter.   (the "Property")

No creditor of the Debtor claims an interest in the property and the Court being otherwise advised in the premises:

IT IS NOW HEREBY ORDERED that the Debtor may grant and convey her interest in the Property to Roy C. Mosher for the gross sale price of $57,000 less necessary and customary closing costs.

**Signed on March 30, 2012**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　　　**Daniel S. Opperman**
　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

{00134057}